UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XEZAKIA ROUSE,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

Case No. 24-mc-80211-RS

**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECCOMENDATION**

    Plaintiff's request for an extension of time to file objections to the Report and Recommendation of the magistrate judge (Dkt. No. 13) is granted. Plaintiff shall file any objections no later than December 31, 2024.

**IT IS SO ORDERED**.

Dated: November 11, 2024

_____
RICHARD SEEBORG
Chief United States District Judge